UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:  Case No.: 08-34052
JOSEPH S. ZBICIAK  Chapter 7
CHERYLE L. ZBICIAK  Hon. Daniel S. Opperman

Debtor(s).
_____/

## NOTICE OF DIVIDEND
## LESS THAN $5.00

TO THE CLERK OF THE COURT:

    The attached check in the amount of $1.10 represents the sum of dividends less than $5.00 in this Estate, and is paid to the U.S. Bankruptcy Court. The name and address of the parties entitled to these dividends are as follows:

| Creditor Name/Address | Claim No.: | Amount of Dividend |
|---|---|---|
| PYOD LLC its successors and assigns as assignee of Citibank #xx1534<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenvilel, SC  29602 | 5 | $1.10 |

Dated:  8/12/10

/s/ Collene K. Corcoran, Trustee
Collene K. Corcoran, Trustee
PO Box 535
Oxford, MI  48371
(248) 969-9300
ccorcoran@epiqtrustee.com