UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:  
JOSEPH S. ZBICIAK  
CHERYLE L. ZBICIAK

Case No.: 08-34052  
Chapter 7  
Hon. Daniel S. Opperman

Debtor(s).
_____/

NOTICE OF DIVIDEND
LESS THAN $5.00

TO THE CLERK OF THE COURT:

The attached check in the amount of $3.50 represents the sum of dividends less than $5.00 in this Estate, and is paid to the U.S. Bankruptcy Court. The name and address of the parties entitled to these dividends are as follows:

| Creditor Name/Address | Claim No.: | Amount of Dividend |
|---|---|---|
| Recovery Management Systems Corp.<br>For GE Money Bank<br>dba Lowes Consumer<br>#xxx8549<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL 33131 | 9 | $3.50 |

Dated: 8/12/10

/s/ Collene K. Corcoran, Trustee  
Collene K. Corcoran, Trustee  
PO Box 535  
Oxford, MI 48371  
(248) 969-9300  
ccorcoran@epiqtrustee.com